CERTIFICATION OF SERVICE

I, BARBARA J. OLSHANSKY, ESQ., hereby certify that, on December 7, 2006, I caused two (2) copies of Petitioner Abdulah Hakmat and Petitioner and Petitioner and Next Friend Al Haaj Allahdad's Petition for Writ of Habeas Corpus to be served,

via certified mail, return receipt requested, upon the following:

Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Ave., NW
Room 5111
Washington, DC 20530

George W. Bush
President, United States of America
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20301-1000

Donald Rumsfeld
Secretary, United States Dep't of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

Rear Admiral Harry B. Harris, Jr.
United States Navy
Navy Pentagon
Washington, DC 20310-0200

Army Col. Wade F. Davis
United States Army
Army Pentagon
Washington, DC 20310-0200

via first-class mail, upon the following:

Rear Admiral Harry B. Harris, Jr.
Commander, Joint Task Force-GTMO
JTF-GTMO
APO AE 09360

Army Col. Wade F. Davis
Commander, JDOG
JTF-GTMO
APO AE 09360

Terry Henry
Andrew Warden
U.S. Department of Justice, Civil Division, Suite 7144
20 Massachusetts Avenue, NW
Washington, DC 20530

and via hand delivery upon the following:

Kenneth L. Wainstein
U.S. Attorney
District of Columbia District
Judiciary Center
555 4th Street, NW
Washington, DC 20530

_Barbara J. Olshansky_
Barbara J. Olshansky, Esq.

Dated: December 7, 2006