IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Abdulah Hakmat,<br>    Detainee,<br><br>Al Haaj Allahdad<br>    As the Next Friend of Abdulah Hakmat<br><br>*Petitioners*,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>*Respondents*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-cv-01753<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of William Scanlan, Jr., and Kristine A. Huskey as counsel of record for the Petitioners in the above-captioned case.

Respectfully submitted,

*/s/ William Scanlan, Jr.*
WILLIAM SCANLAN, JR.,
Texas Bar #17706000
Attorney at Law
112 E. Pecan Street, Suite 3000
San Antonio, Texas 78205
210/224-4491

*/s/ Kristine A. Huskey*
KRISTINE A. HUSKEY, DC Bar #462970
International Human Rights Law Clinic
American University Washington College of Law
4801 Massachusetts Ave., NW
Washington, DC 20016
202/274 4175