IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Abdulah Hakmat** <br>   Detainee, <br><br> **Al Haaj Allahdad** <br>   As the Next Friend of Abdulah Hakmat <br><br> *Petitioners*, <br><br> v. <br><br> **GEORGE W. BUSH,** *et al.*, <br><br> *Respondents*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **Civil Action No. 06-cv-01753** |

PLEASE TAKE NOTICE THAT Petitioners have submitted to the Court Security Office for service and filing in the above-captioned action Petitioners' Opposition Motion to Dismiss.

Dated:    May 3, 2007

Respectfully submitted,

Counsel for Petitioners:

　　　/s/ Jack Ratliff
Jack Ratliff*
Scott Sullivan
University of Texas School of Law
727 East Dean Keeton St.
Austin, TX 78705
Tel: 512 232 4857
Fax: 512 471 6988

Center for Constitutional Rights
Gitanjali S. Gutierrez
(Pursuant to LCvR 83.3(g))
666 Broadway, 7th Floor
New York, NY 10012
Tel: 212 614 6485

* Lead Counsel