IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                         )

**Abdulah Hakmat,**                )
    **Detainee,**                  )
                                         )

**Al Haaj Allah**dad           )
    As the Next Friend of Abdulah Hakmat  )
                                         )  **Civil Action No. 06-cv-01753**
*Petitioners*,                )
                                       )
    *v.*                           )
                                       )

**GEORGE W. BUSH**, *et al.*,    )
                                     )
*Respondents*.          )
_____ )

## NOTICE OF APPEARANCE

    The Clerk of the Court will please enter the appearance of William Scanlan, Jr., as counsel of record for the Petitioners in the above-captioned case.

    Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that he is representing Petitioner without compensation.

                          Respectfully submitted,

                            /s
                        WILLIAM SCANLAN, JR.,
                        Texas Bar #17706000
                        Attorney at Law
                        112 E. Pecan Street, Suite 3000
                        San Antonio, Texas 78205
                        210/224-4491

Counsel for Petitioners, and continuing as counsel:

/s
Jack Ratliff*
Scott Sullivan
Rapoport Center for Human Rights
University fo Texas School of Law
727 East Dean Keeton St.
Austin, TX 78705
Tel: 512-232-4857
Fax: 512-471-6988

Center for Constitutional Rights
Gitanjali S. Gutierrez
(Pursuant to LCvR 83.3(g))
666 Broadway, 7th Floor
New York, NY 10012
Tel: 212-614-6485
Fax: 212-614-6499

*Lead Counsel