**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ADBULAH HAKMAT, *et al.*, | ) |
| | ) |
| Petitioners, | ) |
| | ) Civil Action No. 06-1753 (EGS) |
| v. | ) |
| | ) |
| GEORGE W. BUSH, *et al.*, | ) |
| | ) |
| Respondents. | ) |

<u>ORDER</u>

Upon consideration of recent decisions relevant to this case, it is by the Court hereby

**ORDERED** that respondents' motion to dismiss is **DENIED without prejudice** pending the Supreme Court's decision in *Boumediene v. Bush*, No. 06-1195, and *Al Odah v. United States*, No. 06-1196; and it is

**FURTHER ORDERED** that this case is **STAYED** pending the Supreme Court's decision; and it is

**FURTHER ORDERED** that petitioner's motion for immediate issuance of a writ of habeas corpus or order to show cause is **DENIED without prejudice** because the case is stayed; and it is

**FURTHER ORDERED** that petitioner's motion for an order requiring respondents to provide counsel for petitioner and the Court with 30-days advance notice of any intended transfer of petitioner from Guantanamo Bay is **DENIED** because the Court would not have jurisdiction to prevent such a transfer.  *See* 28 U.S.C.

§ 2241(e)(2); *Hamily v. Gates*, No. 07-1127 (D.C. Cir. July 16, 2007) (per curiam order) (denying motion for an order requiring respondents to provide 30-days notice of any transfer of petitioner for lack of jurisdiction); *Belbacha v. Bush*, Civil No. 05-2349 (D.D.C. July 27, 2007) (order)(holding that court lacks jurisdiction to enjoin transfer of Guantanamo detainee); *Zalita v. Bush*, Civil No. 05-1220 (D.D.C. Apr. 19, 2007) (memorandum order) (same); *see also Al-Anazi v. Bush*, 370 F. Supp. 2d 188, 198 (D.D.C. 2005) ("Every habeas petition, including this one, is ultimately about obtaining release from detention, and where, as here, the United States will relinquish custody of the detainee to the home government there is nothing more the Court could provide to petitioners." (citation omitted)).  It is

FURTHER ORDERED that petitioner's motion to enter the Amended Protective Order utilized by district court judges in Guantanamo Bay habeas cases is **DENIED** because the case is stayed and the D.C. Circuit can provide a separate protective order for proceedings in that court.  *See Bismullah v. Gates*, __ F.3d __, 2007 WL 2067938 (D.C. Cir. July 20, 2007).

SO ORDERED.

Signed by:     **EMMET G. SULLIVAN**
               **UNITED STATES DISTRICT JUDGE**
               **August 17, 2007**